# First District Court of Appeal
## State of Florida

_____

No. 1D18-2543

_____

TERESA GRIFFIN,

Appellant,

v.

ANTHONY POLK, D.D.S.,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Francis Allman, Judge.

December 11, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

A. Collin Cherry of Law Office of Collin Cherry, P.L., Tallahassee, for Appellant.

William D. Horgan and Michael J. Thomas of Pennington, P.A., Tallahassee, for Appellee.